USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/28/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
                        :

ARAMARA BEAUTY, LLC, d/b/a GLOW RECIPE,

        Plaintiff,

    -v-                             25-CV-04808 (MMG)

MCO BEAUTY PTY LIMITED, et al.,

        Defendants.

------------------------------------------------------------------

 ARAMARA BEAUTY, LLC, d/b/a GLOW RECIPE,

        Plaintiff,

    -v-                             26-CV-02614 (MMG)

TARGET CORPORATION, et al.,

                                    **ORDER**

        Defendants.

------------------------------------------------------------------ X

MARGARET M. GARNETT, United States District Judge:

On June 5, 2025, Plaintiff Aramara Beauty, LLC filed a complaint in 25-CV-04808 against Defendants MCO Beauty PTY Limited, MCoBeauty, Inc., and Does 1-10. *See* 25-CV-04808, Dkt. No. 1. On March 30, 2026, the same plaintiff filed a similar complaint in 26-CV-02614 against Defendants Target Corporation and Does 1-10. *See* 26-CV-02614, Dkt. No. 1. On April 15, 2026, Plaintiff moved to consolidate the two cases. *See* 25-CV-04808, Dkt. No. 48. Because the two actions "involve a common question of law or fact," Fed. R. Civ. P. 42(a), and for the reasons stated on the record at the May 28, 2026 Conference, Plaintiff's motion to consolidate is GRANTED.

All pending motions to dismiss in 25-CV-04808 and 26-CV-02614 are DENIED as moot. Plaintiff shall file its consolidated complaint by no later than **June 5, 2026**. Defendants shall answer, file a new or supplemental motion to dismiss, or submit a letter on ECF stating that they rely on the previously filed motions to dismiss, by no later than **June 19, 2026**. All future filings shall be on the 25-CV-04808 docket.

The Clerk of the Court is respectfully directed to consolidate these cases under the lead case, 25-CV-04808, and to close 26-CV-02614.  The caption for the consolidated case shall be Aramara Beauty, LLC, d/b/a/ Glow Recipe v. MCO Beauty PTY Limited, MCoBeauty, Inc., Target Corporation, and Does 1-10.  The Clerk of the Court is also respectfully directed to terminate Dkt. Nos. 40, 45, and 61 on the 25-CV-04808 docket.

SO ORDERED.

Dated: May 28, 2026
      New York, New York

 

_____
MARGARET M. GARNETT
United States District Judge